PEOPLE ex rel. HINES, Appellant, v. TAPPAN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Proceeding by the people, on the relation of Peter F. Hines, against Abram B. Tappan and others. L. J. Grant, for appellant. T. Farley. for respondents. No opinion. Proceedings affirmed, with costs.